**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD L. CLARK, JR., <br><br>  Plaintiff, <br><br>  v. <br><br> STATE OF CALIFORNIA, et al., <br><br>  Defendants. | Case No. SACV 22-1390-MWF(JPR) <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation (the "R & R"), and Plaintiff's Objections to the R & R (Docket No. 56) and his accompanying exhibits.  The Court has reviewed the objections de novo.

The Court OVERRULES the Objections and ACCEPTS the findings and recommendations of the Magistrate Judge.  The R & R thoroughly and correctly explains why this Court does not have jurisdiction over Plaintiff's claims.  The Objections repeat the same tired arguments.  Plaintiff simply will not acknowledge that this Court has no authority to review claims decided against him in the Orange County Superior Court.  This Court reached the same inevitable conclusion in his prior federal case.

///

ACCORDINGLY, IT IS ORDERED AS FOLLOWS:

1. Defendants' motion to dismiss is granted.
2. Plaintiff's claims against the Doe Defendants and Deborah Clark are dismissed.
3. Judgment be entered consistent with this Order.
4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

Dated: June 29, 2023

MICHAEL W. FITZGERALD
United States District Judge