JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. CLARK, JR., | Case No. SACV 22-1390-MWF(JPR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to THE Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend.

Dated:  June 29, 2023

_____

MICHAEL W. FITZGERALD
United States District Judge